IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JEAN CHARLES THOMAS #60094-004                                    PETITIONER

VS.                                              CIVIL ACTION NO. 5:05cv105DCBMTP

CONSTANCE REESE, Warden                                            RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Petition for Writ of Habeas Corpus [1] should be dismissed with prejudice for lack of jurisdiction.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the    17th   day of March, 2008.


                                                       s/ David Bramlette
                                            UNITED STATES DISTRICT JUDGE